IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL ACTION |
| v. | : NO. 07-762-1 |
| MIGUEL DOMINGUEZ | : |

## ORDER

AND NOW, this 19th day of September 2023, upon considering Defendant's Motion to lift the stay (ECF No. 137), Defendant's habeas Petition under 28 U.S.C. § 2255 (ECF No. 119), and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion to lift the stay (ECF No. 137) is **GRANTED**;

2. We **vacate** our March 12, 2021 Order (ECF No. 130);

3. Defendant's Petition (ECF No. 119) is **DENIED**;

4. We **DENY** a certificate of appealability;[1] and,

5. The Clerk of Court shall **close** this case.

KEARNEY, J.

---

[1] See 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).